1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WORLD WIDE LEARN, INC., an Alberta, Canada corporation, | No. |
| Plaintiff, | COMPLAINT FOR TRANSFER OF DOMAIN NAME – 15 U.S.C. § 1125(d)(2) |
| v. | |
| WWW.WORLDSWIDELEARN.COM, an internet domain name, | |
| Defendant. | |

Plaintiff World Wide Learn, Inc. ("World Wide Learn" or "Plaintiff") alleges the

following in support of its claim against the Internet Domain Name

WWW.WORLDSWIDELEARN.COM ("Defendant"):

## NATURE OF THE ACTION

1.     Plaintiff Word Wide Learn is the world's largest directory of e-learning courses

and online education resources, featuring informative resources as well as hundreds of e-

learning courses in 360 subject categories. World Wide Learn enables its users to quickly and

easily locate effective e-learning courseware. The World Wide Learn online directory

highlights free courses and tutorials, computer training, corporate training, post-secondary

education, professional development, personal development, and continuing education. World

COMPLAINT FOR TRANSFER OF
DOMAIN NAME – 15 U.S.C. §
1125(d)(2) - 1

K:\69000\00047\MCL\MCL_P221Z

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE (206) 623-7580
FACSIMILE (206) 623-7022

1   Wide Learn receives approximately 450,000 visitors and 1,200,000 page views per month.

2   World Wide Learn's website is found on the Internet at

3   WWW.WORLDWIDELEARN.COM.

4       2.      Plaintiff files this *in rem* action asserting a claim for cyberpiracy under the

5   Anticybersquatting Consumer Protection Act ("Cyberpiracy Act"), 15 U.S.C. § 1125(d).

6       3.      This lawsuit involves quintessential cyberpiracy. WORLDWIDELEARN is a

7   distinctive trademark, which Plaintiff owns and has used extensively in both Canada and the

8   United States. In the field of online educational resources, WORLDWIDELEARN is an

9   immediately recognized mark that exclusively identifies Plaintiff and its goods and services.

10   Notwithstanding Plaintiff's rights in the mark WORLDWIDELEARN, the domain name

11   WWW.WORLDSWIDELEARN.COM, which is identical to Plaintiff's domain name, save

12   the addition of an "s," has been registered by an individual having no affiliation with Plaintiff

13   whatsoever, with no legitimate right to use that domain name, and who is using the domain

14   name to lure unsuspecting consumers and advertisers to its website, which website is an exact

15   duplicate of Plaintiff's site. This is the precise scenario that the *in rem* provisions of the

16   Cyberpiracy Act were enacted to combat, namely, the scenario in which a cyberpirate uses the

17   trademarks of others to profit, either by deceiving unsuspecting consumers into visiting a

18   website or by ransoming the website to a trademark holder, while using the anonymity made

19   possible by the Internet to evade liability for usurping those intellectual property interests.

20       4.      The World Intellectual Property Organization ("WIPO"), an entity organized

21   under the auspices of the United Nations to protect intellectual property, has condemned the

22   widespread epidemic of cyberpiracy. WIPO noted that "[f]amous and well-known marks

23   have been the special subject of predatory and parasitical practices by a minority of domain

24   name registrants acting in bad faith." WIPO Interim Report on the Internet, December 23,

25   1998, at iii; WIPO Interim and Final Report, *available at* <http://wipo2.wipo.int>.

26

COMPLAINT FOR TRANSFER OF
DOMAIN NAME – 15 U.S.C. §
1125(d)(2) - 2

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE (206) 623-7580
FACSIMILE (206) 623-7022

5.     In passing the Cyberpiracy Act, Congress indicated its intent to address the increasing epidemic of cyberpirates who "registered, trafficked in, or used the offending domain name with bad-faith intent to profit from the goodwill of a mark belonging to someone else." H.R. Conf. Rep. No. 106-464 (Nov. 9, 1999). As Senator Hatch observed in supporting passage of the Cyberpiracy Act:

> [T]oday the Senate considers legislation to address the serious threats to American consumers, businesses, and the future of electronic commerce, which derive from the deliberate, bad-faith registration of Internet domain names in violation of the rights of trademark owners. For the Net-savvy, this burgeoning form of cyber-abuse is known as "cybersquatting." For the average consumer, it is simply fraud, deception, and the bad-faith trading on the goodwill of others.

Cong. Rec. S10515 (daily ed. August 5, 1999) (statement of Sen. Hatch).

6.     Section 3002 of the Cyberpiracy Act (15 U.S.C. § 1125(d)(1)(A)), provides in pertinent part:

> A person shall be liable in a civil action by the owner of a mark . . . if, without regard to the goods or services of the parties, that person –
> (i) has a bad faith intent to profit from that mark . . . and;
> (ii) registers, traffics in, or uses a domain name that –
>
>> (I)     in the case of a mark that is distinctive at the time of registration of the domain name, is identical or confusingly similar to that mark; [or]
>> (II)    in the case of a famous mark that is famous at the time of registration of the domain name, is identical or confusingly similar to or dilutive of that mark . . . .

7     In bringing this lawsuit, Plaintiff seeks a preliminary and permanent injunction transferring the domain name WWW.WORLDSWIDELEARN.COM to Plaintiff.

## JURISDICTION AND VENUE

8.     This Court has subject matter jurisdiction over this claim pursuant to 28 U.S.C. §§ 1331 and 1338(a).

9.     This Court has *in rem* jurisdiction over the domain name pursuant to 15 U.S.C. § 1125(d)(2)(A)(ii)(I) in that this Court does not have personal jurisdiction over the registrant

COMPLAINT FOR TRANSFER OF
DOMAIN NAME – 15 U.S.C. §
1125(d)(2) - 3

K:\69000\00047\MCL\MCL_P221Z

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE (206) 623-7580
FACSIMILE (206) 623-7022

1  of the domain name WWW.WORLDSWIDELEARN.COM because the registrant has

2  engaged in conduct to conceal his or her true identity and location by providing false contact

3  information in connection with the registration of that domain name, claiming at present to

4  reside in California where registrant or its representatives have not been reached despite

5  Plaintiff's attempt to contact registrant by using the phone number that he or she provided.

6  This Court also has *in rem* jurisdiction over the domain name under 15 U.S.C.

7  §1125(d)(2)(C)(i) because the domain name registrar is located in this jurisdiction and under

8  15 U.S.C. § 1125(d)(2)(C)(ii) because, upon commencement of this case, documents

9  sufficient to establish control and authority regarding the disposition of the registration and

10  use of the domain names can be expeditiously deposited with the Court.

11        10.    Venue lies in this District under 15 U.S.C. § 1125(d)(2)(A) and (C) because

12  eNom, Inc. ("eNom"), is the registrar of the domain name

13  WWW.WORLDSWIDELEARN.COM and is located in this Judicial District.

14                              **THE PARTIES**

15        11.    Plaintiff is an Alberta, Canada corporation with its principal place of business

16  at 1039 - 17th Avenue SW, Calgary, Alberta, Canada T2T 0B2.

17        12.    The registrant of the defendant domain name

18  WWW.WORLDSWIDELEARN.COM originally provided the following contact information

19  in connection with the registration of the domain name:  Li Hongyi, 110 E. Center Street

20  #193, Madison, SD, 57042, US; phone: +1.6054275413; email: lhy0781@hotmail.com.  This

21  information was changed on January 19, 2006 to 4621 Littlejohn St., Baldwin Park, California

22  91706; email: info@worldswidelearn.com.

23        13.    For the reasons set forth below, Plaintiff is informed and believes that the

24  information provided in registering the domain name is falsified and that the cyberpirate's

25  true identity and location remain unknown.

26

COMPLAINT FOR TRANSFER OF
DOMAIN NAME – 15 U.S.C. §
1125(d)(2) - 4

K:\69000\00047\MCL\MCL_P221Z

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE (206) 623-7580
FACSIMILE (206) 623-7022

14.    *In rem* jurisdiction in this District is thus proper because Plaintiff is unable to locate or serve the cyberpirate and because the registrar for this domain name, eNom, is located in this Judicial District.

## FACTUAL BACKGROUND

*Plaintiff's Trademark Rights*
*and Harm Suffered as a Result of the Registrant's Actions*

15.    The registrant of the illegal website WWW.WORLDSWIDELEARN.COM is a commercial pirate in every sense of what the anti-Cyberpiracy Act describes and is designed to prohibit.  With bad faith intent, the cyberpirate has attempted and continues to attempt to capitalize financially on the goodwill and identifying marks of Plaintiff.

16.    Plaintiff holds the Canadian trademark registration for WORLDWIDELEARN, and its federal registration in the United States is pending.

17.    Plaintiff has used continuously the WORLDWIDELEARN trademark in connection with its business in the United States since at least May 13, 1999 – well before the acts complained of herein.

18.    Plaintiff uses its website identified by the mark WORLDWIDELEARN at the domain name WWW.WORLDWIDELEARN.COM in order to generate and collect "leads" in the form of names and contact information from individuals interested in Plaintiff's clients' education services.  Plaintiff contracts with its clients to provide leads generated by the website.

19.    The fraudulent website located at the Defendant domain name invites website visitors to provide their contact information, which contact information, upon information and belief, is diverted from Plaintiff and collected by Defendant's registrant and used for his or her own commercial purposes.

COMPLAINT FOR TRANSFER OF
DOMAIN NAME – 15 U.S.C. §
1125(d)(2) - 5

K:\6\9000\00047\MCL\MCL_P221Z

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE (206) 623-7022

20.     The commercial purposes of Defendant's registrant are known to include attempting to sell and selling advertising to Plaintiff's competitors on the pirated website and are believed to include selling the leads generated by the pirated website to Plaintiff's competitors.

21.     As a proximate result, Plaintiff has been deprived of countless leads that otherwise would be generated and collected on its website, as well as the corresponding revenue to which Plaintiff is entitled pursuant to its lead generation contracts with its clients.

22.     In addition to the commercial activities described above, Defendant's registrant actively defrauds and misleads consumers and the public at large by purporting to provide the specialty services and expertise that Plaintiff has developed and provided over the last seven years. Moreover, consumers are duped into providing personal identifying information, which Plaintiff believes is used in furtherance of Defendant's registrant's commercial activities but which may also be used for any other nefarious activities Defendant's registrant pursues.

23.     Plaintiff has spent considerable sums and has expended significant effort in advertising, promoting, and developing the WORLDWIDELEARN mark throughout the world. As a result of such advertising and expenditures, Plaintiff has established considerable goodwill in the WORLDWIDELEARN mark.  The mark has become widely known and recognized as Plaintiff's mark and is associated by the consuming public exclusively with Plaintiff and its services. The WORLDWIDELEARN mark, and the goodwill associated with the mark, is an asset of substantial worth to Plaintiff.

*Cyberpiracy of WWW.WORLDSWIDELEARN.COM*

24.     The domain name WWW.WORLDSWIDELEARN.COM was registered in bad faith and with the intention of capitalizing on, and profiting from, the goodwill and reputation of Plaintiff's WORLDWIDELEARN mark.

COMPLAINT FOR TRANSFER OF
DOMAIN NAME – 15 U.S.C. §
1125(d)(2) - 6

K:\69000\00047\MCL\MCL_P221Z

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE (206) 623-7580
FACSIMILE (206) 623-7022

1       25.     Defendant's piratical motives and bad faith intent are evidenced by the fact that

2 once Defendant's registrar was contacted about this problem and removed access to the

3 website, the registrant quickly transferred the domain name registration services to another

4 registrar in an effort to avoid Plaintiff and to continue to exploit Plaintiff's goodwill and to

5 concomitantly deceive consumers. The registrant re-registered the Defendant domain name

6 with a different registrar within twenty-four hours after the first registrar removed access to

7 the illegal site.

8       26.     The registrant's bad faith intent and attempt to trade off Plaintiff's mark and

9 attendant goodwill is further manifest by his or her wholesale copying of the home page of

10 Plaintiff's website, to the smallest degree, including even Plaintiff's copyright notice.

11       27.     Furthermore, the registrant of WWW.WORLDSWIDELEARN.COM provided

12 false registration information to the registrar, violating the terms of the registration agreement

13 that required the registrant to provide complete and accurate contact information and to

14 amend the information provided at the time of registration as needed to ensure its accuracy.

15       28.     The cyberpirate is not in any way affiliated or associated with Plaintiff and has

16 absolutely no right to use Plaintiff's mark. The cyberpirate falsely represented and warranted

17 to the registrar, eNom, that he or she had a right to register the domain name, that such

18 registration did not interfere with the right of any third party with respect thereto, and/or that

19 the domain name would not be used for any unlawful purpose.

20       29.     The registration of WWW.WORLDSWIDELEARN.COM constitutes

21 cyberpiracy and tarnishes the goodwill and reputation of Plaintiff. The registration of domain

22 names containing distinctive trademarks places an intolerable burden on trademark holders

23 like Plaintiff, who must continuously monitor such domain names to determine whether they

24 are being used for improper purposes, to sell counterfeit goods or services such as here, or are

25 otherwise being used in an unauthorized and unlawful manner.

26

COMPLAINT FOR TRANSFER OF
DOMAIN NAME – 15 U.S.C. §
1125(d)(2) - 7

K:\69000\00047\MCL\MCL_P221Z

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1

2

## FIRST CLAIM FOR RELIEF

3

(Cyberpiracy)

4

30.     The allegations set forth above are incorporated herein by this reference.

5

31.     The actions described above evidence bad faith intent to profit from the

6

registration and/or use of Plaintiff's distinctive WORLDWIDELEARN mark in an Internet

7

domain name.

8

32.     The registrant of WWW.WORLDSWIDELEARN.COM has registered,

9

trafficked in, and/or used a trademark that was distinctive at the time of registration of the

10

domain name and was identical or confusingly similar to Plaintiff's WORLDWIDELEARN

11

mark, and/or registered, trafficked in, and/or used a famous trademark that was famous at the

12

time of the registration of the domain name and was identical or confusingly similar to or

13

dilutive of that mark.

14

33.     Plaintiff is entitled to an order and injunction immediately transferring the

15

domain name WWW.WORLDSWIDELEARN.COM to Plaintiff.

16

WHEREFORE, Plaintiff prays for judgment as follows:

17

A.     That the Internet domain name WWW.WORLDSWIDELEARN.COM be

18

transferred to Plaintiff; and

19

B.     For such other and further relief that that the Court may consider just and

20

appropriate.

21

DATED this 24th day of January, 2006.

22

23

PRESTON GATES & ELLIS LLP

24

25

By _____
    Marc C. Levy, WSBA #19203
    Attorneys for Plaintiff
    World Wide Learn, Inc.

26

COMPLAINT FOR TRANSFER OF
DOMAIN NAME – 15 U.S.C. §
1125(d)(2) - 8

K:\69000\00047\MCL\MCL_P221Z

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE (206) 623-7022