Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WORLD WIDE LEARN, INC. an Alberta, Canada corporation,<br><br>                        Plaintiff,<br><br>   v.<br><br>WWW.WORLDSWIDELEARN.COM, an internet domain name,<br><br>                        Defendant. | CASE NO. C06-0123C<br><br>ORDER GRANTING MOTION TO PUBLISH NOTICE OF ACTION |

      This matter comes before the Court on Plaintiff's motion to publish notice of this action. (Dkt. No. 13.) Having considered the papers submitted by Plaintiff, including the Declaration of Arthur B. Berger in Support of Motion to Publish Notice of Action,

      IT IS HEREBY ORDERED that Plaintiff World Wide Learn Inc.'s motion to publish notice of this action is GRANTED. In accordance with 15 U.S.C. § 1125(d)(2)(A)(ii)(II)(bb), World Wide Learn shall publish notice of this action in one issue of the LOS ANGELES TIMES, a newspaper of general circulation in Los Angeles, California, and one issue of the MADISON DAILY LEADER, a newspaper of general circulation in Madison, South Dakota. The notice

ORDER GRANTING MOTION TO
PUBLISH NOTICE OF ACTION AND
SUPPORTING DECLARATION - 1
Case No. CV06-0123C

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

shall be in the form set forth in Exhibit A to this Order. Such publication shall satisfy World Wide Learn's statutory notice obligations under 15 U.S.C. § 1125(d)(2)(A)(ii)(II)(bb).

DATED this 5th day of May 2006.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

PRESTON GATES & ELLIS LLP


By /s/ Marc C. Levy
    Marc C. Levy, WSBA # 19203
Attorneys for Plaintiff
World Wide Learn, Inc.

ORDER GRANTING MOTION TO
PUBLISH NOTICE OF ACTION AND
SUPPORTING DECLARATION - 2
Case No. CV06-0123C

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

# EXHIBIT A

TO: LI HONGYI OR THOSE WHO CLAIM TO HAVE AN INTEREST IN THE INTERNET DOMAIN NAME WORLDSWIDELEARN.COM

World Wide Learn, Inc. ("World Wide Learn"), has charged the Internet domain name WORLDSWIDELEARN.COM with violation of the Anticybersquatting Consumer Protection Act (the "Act"). A copy of the Complaint may be obtained from Arthur B. Berger, Ray Quinney & Nebeker P.C., 36 South State Street, Salt Lake City, Utah 84111, U.S.A., telephone number (801) 532-1500. In the event that World Wide Learn prevails against the domain name under the Act, remedies could include the forfeiture or cancellation of the domain name or the transfer of the domain name to World Wide Learn. Any answer, claim, or other response to the Complaint should be filed with: Clerk of Court, United States District Court for the Western District of Washington, 700 Stewart Street, Seattle, Washington, 98101, within twenty (20) days from the date of the publication of this notice. If no appearance, claim, or pleading is filed in response to the Complaint by that time, the Court may render a judgment against the domain name that could include the forfeiture or cancellation of the domain name or the transfer of the domain name to World Wide Learn.

ORDER GRANTING MOTION TO
PUBLISH NOTICE OF ACTION AND
SUPPORTING DECLARATION - 3
Case No. CV06-0123C

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022