1        Honorable John C. Coughenour

2

3

4

5

6        UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
7        AT SEATTLE

8  WORLD WIDE LEARN, INC. an Alberta,
   Canada corporation,                       No. CV06-0123C
9
                        Plaintiff,            DEFAULT JUDGMENT
10
          v.
11
   WWW.WORLDSWIDELEARN.COM, an
12 internet domain name,

13                      Defendant.

14

15       Based on Plaintiff World Wide Learn, Inc.'s ("World Wide Learn" or "Plaintiff")

16 Motion for Entry of Default Judgment, pursuant to Rule 55 of the Federal Rules of Civil

17 Procedure, and good cause appearing, the Court GRANTS Plaintiff's motion and finds as

18 follows:

19
20       1.      On January 31, 2006, control over the domain name

21 WORLDSWIDELEARN.COM was deposited with the Court wherein the registrar of the

22 domain name, eNom, Inc., stated that it "tender[ed] to the Court complete control and

23 authority over the registration for the WWW.WORLDSWIDELEARN.COM domain name

24 registration record."

25

26

DEFAULT  JUDGMENT- 1
Case No. CV06-0123C

K:\55243\00001\MCL\MCL_P225S

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

2.      Based on the record, Defendant WORLDSWIDELEARN.COM violated the

Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d).

3.      Defendant WORLDSWIDELEARN.COM, and those acting for or on behalf of

such Defendant, have failed to timely respond to the *In Rem* Complaint in this action and

therefore are in default.

4.      The Clerk of Court entered an Order of Default of Defendant

WWW.WORLDSWIDELEARN.COM on July 21, 2006.   Accordingly, IT IS HEREBY

ORDERED that:

1.      Default Judgment is entered against the Defendant domain name

WORLDSWIDELEARN.COM.

2.      eNom, Inc. is ordered to transfer the registration of the Defendant domain

name WORLDSWIDELEARN.COM to Plaintiff World Wide Learn.

**ENTERED** this 3rd day of August, 2006.

_____
Honorable John C. Coughenour, Judge

Presented By:
PRESTON GATES & ELLIS LLP

By  /s/ Marc C. Levy
     Marc C. Levy, WSBA # 19203
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Telephone: (206) 623-7580
marcl@prestongates.com

Of Counsel:
Arthur B. Berger
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400, P. O. Box 45385
Salt Lake City, Utah 84145-0385

DEFAULT  JUDGMENT- 2
Case No. CV06-0123C

K:\55243\00001\MCL\MCL_P225S

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1    Telephone: (801) 532-1500
     Facsimile: (801) 532-7543
2
     Attorneys for Plaintiff
3    World Wide Learn, Inc.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DEFAULT  JUDGMENT- 3
Case No. CV06-0123C

K:\55243\00001\MCL\MCL_P225S

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022