# United States District Court

## WESTERN DISTRICT OF WASHINGTON

World Wide Learn, Inc.,

                        Plaintiff,

   v.

www.worldswidelearn.com,

                        Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C06-0123C

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Pursuant to Federal Rule of Civil Procedure 55(b)(2), the Court enters default judgment against Defendant www.worldswidelearn.com, an internet domain name. It is hereby ORDERED that eNom, Inc. transfer the registration of the domain name worldswidelearn.com to Plaintiff World Wide Learn, Inc.

_____August 3, 2006_____          _____BRUCE RIFKIN_____
                                              Clerk


                                    _____/s/ C. Ledesma_____
                                         Deputy Clerk